## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| DUSTIN PATRICK CURTIS, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) No. 4:23-CV-1099 NCC |
| STATE OF MISSOURI, et al., | ) |
| Defendants. | ) |

## OPINION, MEMORANDUM AND ORDER

Before the Court is a hand-written document from self-represented plaintiff Dustin Curtis complaining about conditions of confinement at the St. Charles County Correctional Center. [ECF No. 1]. Among other things, plaintiff alleges that a jailer has been threatening him and his family members. However, this document is defective as a complaint commencing a civil case because it has not been drafted on a Court-provided form. *See* E.D. Mo. L.R. 2.06(A). The Clerk of Court will be directed to send plaintiff a blank form so that he may file an amended complaint in this action.

The Court warns plaintiff that he may only bring his own claims as a pro se plaintiff. A non-attorney, self-represented litigant (like plaintiff) may not represent someone else in federal court. *See* 28 U.S.C. § 1654 (stating that in all United States courts, "the parties may plead and conduct their own cases personally or by counsel"); *Iannaccone v. Law*, 142 F.3d 553, 558 (2d Cir. 1998) (stating that "because pro se means to appear for one's self, a person may not appear on another's behalf in the other's cause. A person must be litigating an interest personal to him."); *Lewis v. Lenc–Smith Mfg. Co.*, 784 F.2d 829, 830 (7th Cir. 1986) (stating that non-lawyers may only represent themselves because "an individual may appear in the federal courts only pro se or through counsel."). As such, plaintiff's amended complaint should only name himself as a plaintiff and should only bring claims on his own behalf.

Finally, plaintiff has neither paid the filing fee nor submitted an application to proceed

without prepaying fees or costs. *See* 28 U.S.C. § 1915(a)(1); E.D. Mo. L.R. 2.01(B)(1). Plaintiff must do one or the other in order for this case to proceed.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to mail plaintiff a copy of the Court's "Prisoner Civil Rights Complaint" form.

**IT IS FURTHER ORDERED** that the Clerk is directed to mail plaintiff a copy of the Court's "Application to Proceed in District Court without Prepaying Fees or Costs" form.

**IT IS FURTHER ORDERED** that plaintiff shall file an amended complaint on the Court-provided form within **twenty-one (21) days** of the date of this Order. Plaintiff is advised that his amended complaint will take the place of his original document and will be the only pleading that this Court will review.

**IT IS FURTHER ORDERED** that plaintiff must either pay the $402 filing fee or submit an application to proceed without prepaying fees or costs within **twenty-one (21) days** of the date of this Order.

**IT IS FURTHER ORDERED** that, if plaintiff chooses to submit an application to proceed without prepaying fees or costs and plaintiff maintains an account at St. Charles County Correctional Center, he shall file a certified copy of his account statement for the six-month period immediately preceding the filing of the complaint, within **twenty-one (21 days** of the date of this Order.

**IT IS FINALLY ORDERED** that if plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice and without further notice.

Dated this 1st day of September, 2023.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE